OPINION — AG — ** UNCONSTITUTIONAL — URBAN RENEWAL ACT ** THE SAID 1957 " URBAN RENEWAL ACT " IS VIOLATIVE OF ARTICLE V, SECTION 59, OKLAHOMA CONSTITUTION IS NOT A VALID ENACTMENT. (SLUM AND BLIGHTED AREAS IN STATE, ONLY SEVENTEEN COUNTIES UNDER STATUTE) CITE: 11 O.S. 1502 [11-1502], ARTICLE V, SECTION 32, ARTICLE V, SECTION 46, ARTICLE V, SECTION 59 (J. H. JOHNSON)